# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | |
| vs. § | NO: SA:19-CR-00170(1)-FB |
| § | |
| (1) Albert Deleon § | |

## ORDER RESETTING SENTENCING

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for *Friday, August 23, 2019*. Upon consideration, the Court is of the opinion that the Motion be granted.

It is hereby ORDERED that Defendant's Unopposed Motion to Continue Sentencing *(doc. no. 30 )* is **GRANTED.**

It is FURTHER ORDERED that the above entitled and numbered cause is rescheduled for **Thursday, September 12, 2019 at 9:30 a.m.** in Courtroom Number 2, First Floor of the John H. Wood, Jr., United States Courthouse, 655 E. Cesar E. Chavez Boulevard, San Antonio, Texas.

Signed this 22nd day of August, 2019.

FRED BIERY
UNITED STATES DISTRICT JUDGE